AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Julio Arroyo, MD,<br>*Plaintiff,*<br>v.<br>Palmetto Health; Marty Bridges, in his individual capacity; Greta Harper, in her individual capacity; and Kristin Urquhart, in her individual capacity,<br>*Defendants.* | )<br>)<br>)  Civil Action No.   3:14-cv-04505-MBS-PJG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: These causes of actions are dismissed with prejudice pursuant to a Joint Stipulation of Dismissal filed on February 23, 2015: Plaintiff's first and second causes of action alleging race discrimination under 42 USC § 1981; Plaintiff's fifth cause of action alleging breach of contact as to the defendant Marty Bridges only; Plaintiff's sixth cause of action alleging promissory estoppels as to defendants Marty Bridges and Greta Harper only; Plaintiff's ninth cause of action alleging intentional infliction of emotional distress as to defendants Marty Bridges and Greta Harper only. The remaining state law causes of action are dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, having denied the consent motion to remand and dismissing the remaining state law claims without prejudice.

Date:   March 16, 2015                                              *CLERK OF COURT*

                                                                    s/Ginger Mills, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*